UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FACUNDO LISARRAGA VALLES, <br><br> Defendant. | Case No. CR17-234 JLR <br><br> DETENTION ORDER |

Offenses charged:

    Count 1:    Attempted Possession with Intent to Distribute Heroin in violation of 21 U.S.C.§§ 841(a)(1), 841(b)(1)(A), and 18 U.S.C. § 2

Date of Detention Hearing: On April 13, 2021, the Court held a hearing via a Zoom videoconference, with the consent of Mr. Lisarraga Valles, due to the exigent circumstances as outlined in General Order 6-21.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    There is therefore a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

DETENTION ORDER - 1

2. Mr. Lisarraga Valles stipulated to detention.

3. Mr. Lisarraga Valles poses a risk of nonappearance due to his ties to a foreign country, substance abuse history, lack of verifiable employment, and because the reported information could not be verified, and a local interview was not conducted. Mr. Lisarraga Valles poses a risk of danger due to his substance abuse history and the nature of the instant offense.

4. Based on these findings, and for the reasons stated on the record, there are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Mr. Lisarraga Valles as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Lisarraga Valles shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Lisarraga Valles shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Lisarraga Valles is confined shall deliver the Mr. Lisarraga Valles to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

1  (4) The Clerk shall direct copies of this Order to counsel for the United States, to
2  counsel for the Mr. Valles, to the United States Marshal, and to the United States
3  Pretrial Services Officer.
4  Dated this 19th day of April, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3