JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>FACUNDO LISARRAGA VALLES,<br><br>                    Defendant. | No. CR 17-234JLR<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION TO CONTINUE TRIAL DATE |

THIS MATTER comes before the court on Defendant Facundo Lisarraga Valles' Motion for a Continuance of the Trial Date.  The court has considered the reasons for the motion, the agreement of the United States, and the file herein.

The court finds that the defendant needs additional time to meet with counsel, investigate the evidence supporting the charges brought by the government, determine the need for any pretrial motions pertaining to the evidence, and prepare for trial.

Based on these findings, the court concludes that the continuance of the trial date sought by the parties serves the ends of justice.  Further, the ends of justice served by a continuance of this matter from June 21, 2021 outweighs the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). Proceeding to trial absent adequate time for the defense to prepare could result in a

ORDER GRANTING DEFENDANTS' MOTION TO
CONTINUE TRIAL DATE – Page 1

LAW OFFICE OF PAULA T. OLSON
4020 North Vassault Street
Tacoma, Washington 98407
(253) 777-5716-Tel
olsonlaw@nventure.com

miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Taking into account the exercise of due diligence, a continuance is necessary to allow the defendants the reasonable time for effective preparation for their defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, it is hereby

ORDERED that the Defendant Facundo Lisarraga Valles' Motion to Continue the Trial Date is GRANTED. The Pretrial Motions Cut Off Date is continued to September 13, 2021. Responses to motions shall be due two weeks after the Pretrial Motions Cut Off date. The Trial Date is continued to October 25, 2021.

It is further ORDERED that the time from the date of this order, until the new trial date of October 25, 2021, shall be excluded in counting the time within which trial of this case must commence pursuant to 18 U.S.C. § 3161(h)(7).

DATED this 22nd day of April, 2021.

_____
JAMES L. ROBART
United States District Judge

Presented by:

　/S/ Paula T. Olson
PAULA T. OLSON, WSBA#11584
JOHN M. SHEERAN, WSBA #26050
Attorneys for Defendant Facundo Lisarraga Valles'

ORDER GRANTING DEFENDANTS' MOTION TO
CONTINUE TRIAL DATE – Page 2

LAW OFFICE OF PAULA T. OLSON
4020 North Vassault Street
Tacoma, Washington 98407
(253) 777-5716-Tel
olsonlaw@nventure.com