JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>FACUNDO LISARRAGA VALLES,<br><br>       Defendant. | No. CR 17-0234JLR<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

THIS MATTER comes before the court on Defendant Facundo Lisarraga Valles' Motion for a Continuance of the Trial Date. The court has considered the reasons for the motion, the agreement of the United States, and the file herein.

The court finds that the defendant needs additional time to meet with counsel, investigate new evidence supporting the charges brought by the government, determine the need for any pretrial motions pertaining to the evidence, and prepare for trial.

Based on these findings, the court concludes that the continuance of the trial date sought by the parties serves the ends of justice. Further, the ends of justice served by a continuance of this matter from October 25, 2021 outweighs the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). Proceeding to trial absent adequate time for the defense to prepare could

ORDER GRANTING DEFENDANT'S MOTION TO
CONTINUE TRIAL DATE – Page 1

LAW OFFICE OF PAULA T. OLSON
4020 North Vassault Street
Tacoma, Washington 98407
(253) 777-5716-Tel
olsonlaw@nventure.com

result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(i).  Taking into account the exercise of due diligence, a continuance is necessary to allow the defendants the reasonable time for effective preparation for their defense.  18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, it is hereby

ORDERED that Defendant Facundo Lisarraga Valles' Motion to Continue the Trial Date is GRANTED.  The Trial Date is continued to January 3, 2022.

It is further

ORDERED that the time from the date of this order, until the new trial date of January 3, 2022, shall be excluded in counting the time within which trial of this case must commence pursuant to 18 U.S.C. § 3161(h)(7).

DATED this 15th day of October, 2021.

_____
JAMES L. ROBART
United States District Judge

Presented by:

  /S/ Paula T. Olson
PAULA T. OLSON, WSBA#11584
Attorney for Defendant Facundo Lisarraga Valles

ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL DATE – Page 2

LAW OFFICE OF PAULA T. OLSON
4020 North Vassault Street
Tacoma, Washington 98407
(253) 777-5716-Tel
olsonlaw@nventure.com